[No. 12674-5-II.  Division Two.  December 6, 1990.]

*In the Matter of the Marriage of* CATHI S. PETERSON,
*Respondent, and* DEAN E. PETERSON,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-3-03046-3, Bruce Cohoe, J., entered February 17, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 12885-3-II.  Division Two.  December 6, 1990.]

STEPHENS & COMPANY, INC., *Respondent,* v. HARRY ELWAY,
ET AL, *Respondents,* BROCK STURTEVANT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-01713-0, Thomas A. Swayze, Jr., J., entered May 19, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick and Morgan, JJ.

[No. 12704-1-II.  Division Two.  December 6, 1990.]

DAVID T. MCDONALD, ET AL, *Appellants,* v. STATE FARM FIRE AND CASUALTY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-01717-0, J. Kelley Arnold, J., entered March 3, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.